| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| COUNTY OF PORTER | ) | |
| NICHOLAS DOUD, | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | Cause Number: |
| TRANSWORLD SYSTEMS INC., | ) | |
| DEFENDANT. | ) | |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Nicholas Doud (hereinafter referred to as "Mr. Doud"), on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Transworld Systems Inc. ("TSI"), alleges and state the following:

### INTRODUCTION

**1.** This is an action for damages brought by the Plaintiff, ("Mr. Doud"), for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

**2.** This Court has jurisdiction over the claims in this matter as Plaintiff resides in this jurisdiction and the conduct complained of occurred here.

### PARTIES

**3.** Mr. Doud is an individual consumer currently residing in Porter County, Indiana.

**4.** **Transworld Systems Inc.** is a collection agency that act as a debt collector who collects debts throughout the United States including the State of Indiana.

5. Transworld Systems Inc. is a debt collector as defined by 15 U.S.C. § 1692a(6).

6. Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

7. Defendant attempted to collect an alleged debt from Plaintiff concerning an alleged medical bill owed to ATI Physical Therapy obtained for personal, family, or household purposes.

8. On October 5, 2017, Defendant contacted Mr. Doud's parent's home and spoke with his mother.

9. Said communication was not to obtain location information under 15 U.S.C. 1692b.

10. Plaintiff's mother contacted Mr. Doud and informed him that a debt collector called her house asking for him and provided a phone number for Defendant.

11. Plaintiff, Mr. Doud, called the number provided by his mother.

12. Plaintiff called Defendant on October 5, 2017, and spoke with an Agent for Defendant.

13. Defendant is responsible for the actions of its' Agents.

14. Plaintiff told the agent that they called his parents, that he does not live there and gave the phone number that was called.

15. The agent acted like they were looking for someone else.

16. Plaintiff said that was not true you asked for me.

17. The agent attempted to argue with Plaintiff.

18. At some point, Plaintiff was put on hold.

19. Eventually, the agent came back and said the account was closed because of bankruptcy.

20. Plaintiff asked who it was for, and was told ATI.

21. Plaintiff indicates that he has never received a 1692g notice in the mail from Defendant.

22. Plaintiff was under the protection of the United States Bankruptcy Code as he filed for Chapter 13 Relief on September 10, 2017, case number 17-22601.

23. Said conduct by Defendant violates the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et al.

24. The Defendant has violated 15 U.S.C. §1692c.

25. The Defendant has violated 15 U.S.C. §1692d.

26. The Defendant has violated 15 U.S.C. §1692e.

27. The Defendant has violated 15 U.S.C. §1692f.

28. The Defendant has violated 15 U.S.C. §1692g.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. Mr. Doud's actual damages.
2. The maximum amount of statutory damages provided under the FDCPA.
3. Attorney's fees, litigation expenses and costs.
4. Such other and further relief as is appropriate.

Respectfully submitted

By _____

Michael P. McIlree

## VERIFICATION

I declare that the statements contained in the Complaint are true and accurate to the best of my knowledge and belief.

_____
Nicholas Doud, Plaintiff

## JURY DEMAND

_____
Plaintiff demands trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
100 Brown Ave., Ste. 2
Chesterton, IN 46304
Tel: (219) 548-1800
Fax: (219) 548-5905
Email: fdcpalawatty@gmail.com
Attorney for Plaintiff